**Joseph La NOVARO, Appellant, v. UNITED STATES of America, Appellee.**

No. 11033.

United States Court of Appeals
Sixth Circuit.

Feb. 1, 1950.

Marc J. Wolpaw, Cleveland, Ohio, Howell Leuck, Cleveland, Ohio, for appellant.

Don C. Miller, Cleveland, Ohio, for appellee.

Before HICKS, Chief Judge, and MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

It appearing to the court by letter from counsel for appellant that no further steps will be taken in this case;

It is ordered that the appeal herein be and the same is dismissed.

**E. R. MOODY, Appellant, v. Leonard EDMONSTON, Administrator of the Estate of Norris H. Vaughn, et al., Appellees.**

No. 11023.

United States Court of Appeals
Sixth Circuit.

Feb. 16, 1950.

Writ of Certiorari Denied June 5, 1950.

See 70 S.Ct. 1028.

Charles L. Neely, Memphis, Tenn., L. E. Gwinn, Memphis, Tenn., M. Watkins Ewell, Dyersburg, Tenn., for appellant.

Taylor & Taylor, Memphis, Tenn., and Jones Greer, Dyersburg, Tenn., for appellees.

Before ALLEN, MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel.

And it appearing that the District Court made extensive findings of fact which are amply sustained by the record, and that its conclusions of law are correct:

It is ordered that the judgment be, and it hereby is, affirmed.